UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BRENDAN JACOBS, et al., | No. 2:24-cv-01143-TLN-DB |
| Plaintiffs, | |
| v. | **ORDER** |
| THE TRUSTEES OF PRINCETON UNIVERSITY, et al., | |
| Defendants. | |

Plaintiffs, proceeding pro se, initiated this action on March 20, 2024 in Placer County Superior Court. Defendant Trustees of Princeton University removed this action to this Court on April 17, 2024. (ECF No. 1.) This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 5, 2024, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) The time to file objection has passed, and neither party filed any objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations, filed on June 5, 2024 (ECF No. 17), are ADOPTED IN FULL;
2. The Court GRANTS Plaintiff's Motion to Remand (ECF No. 8);
3. This action is hereby REMANDED to the Placer County Superior Court; and
4. The Clerk of the Court is directed to close this case.

**Date:  July 22, 2024**

_____
Troy L. Nunley
United States District Judge

2